# Exhibit B

| Attorney or Party without Attorney:<br>JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300   FAX No: 925-935-0371<br>Ref. No. or File No.:<br>Attorney for: Plaintiffs | For Court Use Only<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br><br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL.<br>Defendant: TETRA TECH, INC., ET AL. | |

| PROOF OF SERVICE SUMMONS | Hearing Date:<br>Wed, Jan. 22, 2020 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:         TETRA TECH EC, INC.
   b. Person served:      AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:    AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: TETRA TECH EC, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                                d. The Fee for Service was: $48.50
   b. **One Hour Delivery Service**                    e. I am: (3) registered California process server
   2920 Camino Diablo Ste. 100                              (i) Independent Contractor
   WALNUT CREEK, CA 94597                             (ii) Registration No.: 2016038557
   c. 925-947-3470, FAX 925-947-3480                  (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Fri, Aug. 30, 2019

   Judicial Council Form POS-010               PROOF OF SERVICE            (BRUCE ANDERSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS                   645842   .bowljl.81037