# Exhibit C

# NOTICE TO PLAINTIFF

A Case Management Conference is set for:

      **DATE:**    JAN-22-2020

      **TIME:**    10:30AM

      **PLACE:**   Department 610
                      400 McAllister Street
                      San Francisco, CA  94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.  However, it would facilitate the issuance of a case management order   **without an appearance**   at the case management conference if the case management statement is filed, served and lodged in Department 610 twenty-five (25) days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.   **This case is eligible for electronic filing and service per Local Rule 2.11.  For more information, please visit the Court's website at www.sfsuperiorcourt.org under Online Services.**

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

## ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE SHOULD PARTICIPATE IN MEDIATION, ARBITRATION, NEUTRAL EVALUATION,  AN EARLY SETTLEMENT CONFERENCE, OR OTHER APPROPRIATE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**
>
> **(SEE LOCAL RULE 4)**

Plaintiff  **must**  serve a copy of the Alternative Dispute Resolution (ADR) Information Package on each defendant along with the complaint.  (CRC 3.221.) The ADR package may be accessed at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution or you may request a paper copy from the filing clerk.  All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the ADR Information Package prior to filing the Case Management Statement.

**Superior Court Alternative Dispute Resolution Administrator**
**400  McAllister Street, Room 103-A**
**San Francisco, CA  94102**
**(415) 551-3869**

**See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300    FAX No: 925-935-0371 | | | | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Francisco<br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiffs | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | | | | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL. | | | | |
| Defendant: TETRA TECH, INC., ET AL. | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date:<br>Wed, Jan. 22, 2020 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. *Party served:* FIVE POINT HOLDINGS, LLC
   b. *Person served:* AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. *Address where the party was served:* AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FIVE POINT HOLDINGS, LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON
   b. **One Hour Delivery Service**
      2920 Camino Diablo Ste. 100
      WALNUT CREEK, CA 94597
   c. 925-947-3470, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $93.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2016038557
      (iii) County: LOS ANGELES

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Aug. 30, 2019

   Judicial Council Form POS-010    PROOF OF SERVICE    (BRUCE ANDERSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS    645837  .bowljl.81032

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300   FAX No: 925-935-0371 | | **ELECTRONICALLY<br>F I L E D**<br>Superior Court of California,<br>County of San Francisco<br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiffs | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL. | | |
| Defendant: TETRA TECH, INC., ET AL. | | |
| **PROOF OF SERVICE<br>SUMMONS** | Hearing Date: Wed, Jan. 22, 2020   Time: 10:30AM   Dept/Div: 610 | Case Number:<br>CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:         HPS1 BLOCK 50, LLC
   b. Person served:      AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH
                          CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:   AGENT FOR SERVICE: CT CORPORATION SYSTEM
                                         818 WEST SEVENTH STREET
                                         SUITE 930
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HPS1 BLOCK 50, LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                      d. *The Fee for Service was:* $48.50
   b. **One Hour Delivery Service**        e. I am: (3) registered California process server
      2920 Camino Diablo Ste. 100               (i) Independent Contractor
      WALNUT CREEK, CA 94597                    (ii) Registration No.:   2016038557
   c. 925-947-3470, FAX 925-947-3480            (iii) County:            LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Aug. 30, 2019

                                                                    (BRUCE ANDERSON)
   Judicial Council Form POS-010           PROOF OF SERVICE                     645838   .bowljl.81033
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS

| Attorney or Party without Attorney:<br>JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300    FAX No: 925-935-0371<br><br>Attorney for: Plaintiffs | | | Ref. No. or File No.: | For Court Use Only<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br>**09/12/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | | | | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL.<br>Defendant: TETRA TECH, INC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date:<br>Wed, Jan. 22, 2020 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:         HPS1 BLOCK 51, LLC
   b. Person served:      AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:    AGENT FOR SERVICE: CT CORPORATION SYSTEM
                                           818 WEST SEVENTH STREET
                                           SUITE 930
                                           LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  HPS1 BLOCK 51, LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                    d. *The Fee for Service was:* $48.50
   b. **One Hour Delivery Service**     e. I am: (3) registered California process server
      2920 Camino Diablo Ste. 100              (i)  Independent Contractor
      WALNUT CREEK, CA 94597                   (ii) Registration No.:   2016038557
   c. 925-947-3470, FAX 925-947-3480           (iii) County:            LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Aug. 30, 2019

                                                                    (BRUCE ANDERSON)
   Judicial Council Form POS-010        PROOF OF SERVICE                       645839   .bowljl.81034
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS

| Attorney or Party without Attorney:<br>JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300    FAX No: 925-935-0371 | | For Court Use Only<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br><br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
|---|---|---|
| Attorney for: Plaintiffs | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL. | | |
| Defendant: TETRA TECH, INC., ET AL. | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: Wed, Jan. 22, 2020 | Time: 10:30AM | Dept/Div: 610 | Case Number: CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:          HPS1 BLOCK 53, LLC
   b. Person served:        AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH
                            CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:    AGENT FOR SERVICE: CT CORPORATION SYSTEM
                                          818 WEST SEVENTH STREET
                                          SUITE 930
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HPS1 BLOCK 53, LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRUCE ANDERSON                   d. *The Fee for Service was:* $48.50
   b. **One Hour Delivery Service**    e. I am: (3) registered California process server
      2920 Camino Diablo Ste. 100         (i) Independent Contractor
      WALNUT CREEK, CA 94597              (ii) *Registration No.:*    2016038557
   c. 925-947-3470, FAX 925-947-3480      (iii) *County:*             LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Aug. 30, 2019

                                                                    (BRUCE ANDERSON)

Judicial Council Form POS-010                PROOF OF SERVICE                         645840   .bowljl.81035
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS

| Attorney or Party without Attorney:<br>JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300      FAX No: 925-935-0371 | | | | For Court Use Only<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiffs | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | | | | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL. | | | | |
| Defendant: TETRA TECH, INC., ET AL. | | | | |
| **PROOF OF SERVICE<br>SUMMONS** | Hearing Date:<br>Wed, Jan. 22, 2020 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-19-578509 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:           HPS1 BLOCK 54, LLC
   b. Person served:         AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:   AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HPS1 BLOCK 54, LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON
   b. **One Hour Delivery Service**
   2920 Camino Diablo Ste. 100
   WALNUT CREEK, CA 94597
   c. 925-947-3470, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.50
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   2016038557
   (iii) County:            LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Aug. 30, 2019

   Judicial Council Form POS-010                    PROOF OF SERVICE                    (BRUCE ANDERSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007                SUMMONS                                              645841   .bowljl.81036

| Attorney or Party without Attorney: <br> JONATHAN W. LEE ESQ., Bar #285323 <br> BOWLES & VERNA LLP <br> 2121 N. CALIFORNIA BLVD. <br> SUITE 875 <br> WALNUT CREEK, CA 94596 <br> Telephone No: 925-935-3300   FAX No: 925-935-0371 <br> Ref. No. or File No.: <br> Attorney for: Plaintiffs | For Court Use Only <br><br> **ELECTRONICALLY** <br> **F I L E D** <br> Superior Court of California, <br> County of San Francisco <br><br> **09/06/2019** <br> **Clerk of the Court** <br> BY: YOLANDA TABO-RAMIREZ <br> Deputy Clerk |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
SAN FRANCISCO County SUPERIOR Court
Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL.
Defendant: TETRA TECH, INC., ET AL.

| **PROOF OF SERVICE** <br> **SUMMONS** | Hearing Date: <br> Wed, Jan. 22, 2020 | Time: <br> 10:30AM | Dept/Div: <br> 610 | Case Number: <br> CGC-19-578509 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served:     LENNAR CORPORATION
   b. Person served:    AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served:    AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LENNAR CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON
   b. **One Hour Delivery Service**
      2920 Camino Diablo Ste. 100
      WALNUT CREEK, CA 94597
   c. 925-947-3470, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  2016038557
      (iii) County:   LOS ANGELES

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Aug. 30, 2019

   (BRUCE ANDERSON)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007
   PROOF OF SERVICE SUMMONS
   645844   .bowljl.81039

| Attorney or Party without Attorney:<br>JONATHAN W. LEE ESQ., Bar #285323<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD.<br>SUITE 875<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-935-3300   FAX No: 925-935-0371<br><br>Attorney for: Plaintiffs | For Court Use Only<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br>**09/06/2019**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN FRANCISCO County SUPERIOR Court | |
| Plaintiffs: SAN FRANCISCO SHIPYARD RESIDENTS, ET AL. | |
| Defendant: TETRA TECH, INC., ET AL. | |

| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date:<br>Wed, Jan. 22, 2020 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-19-578509 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; BLANK STIPULATION TO ADR

3. a. Party served: TETRA TECH, INC.
   b. Person served: AGENT FOR SERVICE, CT CORPORATION SYSTEM, BY LEAVING WITH CARLOS PAZ, INTAKE SPECIALIST

4. Address where the party was served: AGENT FOR SERVICE: CT CORPORATION SYSTEM
   818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 29, 2019 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: TETRA TECH, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON
   b. **One Hour Delivery Service**
      2920 Camino Diablo Ste. 100
      WALNUT CREEK, CA 94597
   c. 925-947-3470, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2016038557
      (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Aug. 30, 2019

   (BRUCE ANDERSON) 645843  .bowljl.81038

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS