BRADLEY R. BOWLES (#202722)
JONATHAN W. LEE (#285323)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: bbowles@bowlesverna.com
       jlee@bowlesverna.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO SHIPYARD RESIDENTS, JORGE HIDROBO; LIEN CHI; CORY GROOM; CICELY TAN; RILEY SMITH;  HEATHER WATKINS; HONORIA BAXTER; JEDIDIAH BURACK; UNTRAY BROWN; ERIC S. VANDERPOOL; JOSEPH FRAGA; SHANNON R. HETRICK; MATTHEW VO; MANDA CHOI; ANIL VITTAL; JANJRI DESAI; MENG HUANG; SIYUN WANG; WILFRED YUN; KWOK YEE KARINA YIP; BRIAN YEE; BRETT HANLON; ANTHONY BOOTH; CASEY WOO; LARA WOO; DAVID YU; JERROLD POLANSKY, and ROE PLAINTIFFS 1-1,000,<br><br>        Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; LENNAR CORPORATION; HPS1 BLOCK 50, LLC; HPS1 BLOCK 51, LLC; HPS1 BLOCK 53, LLC; HPS1 BLOCK 54, LLC; FIVE POINT HOLDINGS, LLC.; HPS DEVELOPMENT CO., L.P.; ANDREW BOLT; BILL DOUGHERTY; EMILE HADDAD and DOES 1-1000 Inclusive,<br><br>        Defendants. | Case No. 19-CV-06137-JD<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7-7(e), Plaintiffs SAN FRANCISCO SHIPYARD RESIDENTS, JORGE HIDROBO; LIEN CHI; CORY GROOM; CICELY TAN; RILEY SMITH;  HEATHER WATKINS; HONORIA BAXTER; JEDIDIAH BURACK; UNTRAY BROWN; ERIC S. VANDERPOOL; JOSEPH FRAGA; SHANNON R. HETRICK; MATTHEW VO; MANDA CHOI; ANIL VITTAL; JANJRI DESAI; MENG HUANG; SIYUN WANG; WILFRED YUN; KWOK YEE KARINA YIP; BRIAN YEE; BRETT HANLON; ANTHONY BOOTH; CASEY WOO; LARA WOO; DAVID YU; JERROLD POLANSKY, and ROE PLAINTIFFS 1-1,000,  hereby withdraw its Motion for Remand that was filed on October 25, 2019, and scheduled to be heard on December 5, 2019.

Dated:  November 7, 2019                             BOWLES & VERNA LLP

                                                                             By: /s/ Jonathan W. Lee
                                                                                    BRADLEY R. BOWLES
                                                                                    JONATHAN W. LEE
                                                                                    Attorneys for Plaintiffs

**PROOF OF SERVICE**
**San Francisco Shipyard Residents v. Tetra Tech, Inc., et al.**
**U.S.D.C., Norther District of California, Case No. 19-cv-06137-JD**

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of BOWLES & VERNA LLP, and my business address is 2121 N. California Blvd., Suite 875, Walnut Creek, California 94596.

On November 7, 2019, I served the following document(s):

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND**

on the following parties in this action addressed as follows:

*PLEASE SEE ATTACHED SERVICE LIST*

☐ **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY PERSONAL SERVICE:** I caused to be served each document listed above **by hand** to each addressee above. Delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

☐ **BY FAX TRANSMISSION:** By use of facsimile machine number (925) 935-0371, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

XXX **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the aforementioned party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 7, 2019, at Walnut Creek, California.

*/s/ Meagan Rich*
MEAGAN RICH

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

{00187387.DOC; 1}                                       1                                    19-cv-06137-JD
PROOF OF SERVICE

**SERVICE LIST**
San Francisco Shipyard Residents v. Tetra Tech, Inc., et al.
U.S.D.C., Norther District of California, Case No. 19-cv-06137-JD

*Attorneys for Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc.*
Davina Pujari
Megan Oliver Thompson
Geoffrey R. Pittman
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA  94105
Tel:     (415) 777-3200
Fax:    (415) 541-9366
dpujari@hansonbridgett.com
moliverthompson@hansonbridgett.com
gpittman@hansonbridgett.com

*Attorneys for Defendant Five Point Holdings, LLC*
Jeffrey Dintzer
Matthew Chase Wickersham
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Tel:     (213) 576-1000
Fax:    (213) 576-1100
jeffrey.dintzer@alston.com
matt.wickersham@alton.com

*Attorneys for Defendants Lennar Corporation, HPS1 Block 50, LLC, HPS1 Block 51, LLC, HPS1 Block 53, LLC, HPS1 Block 54, LLC and HPS Development Co., LP*
David Marroso
Madhu R. Pocha
O'MELVENY & MEYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067-6035
Tel:     (310) 553-6700
Fax:    (310) 246-6779
dmarroso@omm.com
mpocha@omm.com

Geoffrey H. Yost
O'MELVENY & MEYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Tel:     (415) 984-8724
Fax:    (415) 984-8701
gyost@omm.com

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

{00187387.DOC; 1}                    2                    19-cv-06137-JD
PROOF OF SERVICE