**Pages 1 - 19**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

LINDA PARKER PENNINGTON, et al.,

Plaintiffs,

VS. **NO. C 18-5330 JD**

TETRA TECH, INC., et al.,

Defendants.

THEODORE ELLINGTON, et al.,

Plaintiffs,

VS. **NO. C 18-5352 JD**

TETRA TECH, INC., et al.,

Defendants.

MICHAEL LIN, et al.,

Plaintiffs,

VS. **NO. C 18-5771 JD**

TETRA TECH, INC., et al.,

Defendants.

San Francisco, California
Thursday, November 21, 2019

**TRANSCRIPT OF PROCEEDINGS**

**(CAPTION AND APPEARANCES CONTINUED ON NEXT PAGE)**

Reported By: Katherine Powell Sullivan, CSR #5812, RMR, CRR
Official Reporter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

JOHN WESLEY DARDEN, JR. )
Plaintiff, )
VS. ) **NO. C 19-0247 JD**
TETRA TECH, INC., et al., )
Defendants. )

CHRISTINE FARRELL, et al., )
Plaintiffs, )
VS. ) **NO. C 19-0248 JD**
TETRA TECH, INC., et al., )
Defendants. )

JASON L. FRIED, )
Plaintiff, )
VS. ) **NO. C 19-0249 JD**
TETRA TECH, INC., et al., )
Defendants. )

THOMAS LUPTON, et al., )
Plaintiffs, )
VS. ) **NO. C 19-0251 JD**
TETRA TECH, INC., et al., )
Defendants. )

**(CAPTION AND APPEARANCES CONTINUED ON NEXT PAGE)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

| | |
|---|---|
| OLEKSANDR YEGOROV, Plaintiff, vs. TETRA TECH, INC., et al., Defendants. | **NO. C 19-0252 JD** |
| KARLA BRAVO, Plaintiff, vs. TETRA TECH, INC., et al., Defendants. | **NO. C 19-0667 JD** |
| BAYVIEW HUNTERS POINT RESIDENTS, Plaintiffs, vs. TETRA TECH, INC., et al., Defendants. | **NO. C 19-1417 JD** |

**(CAPTION AND APPEARANCES CONTINUED ON NEXT PAGE)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

| | |
|---|---|
| JONAH S. HERSHOWITZ, Plaintiff, VS. TETRA TECH, INC., et al., Defendants. | **NO. C 19-2698 JD** |
| ANDREW KAPLAN, Plaintiff, VS. TETRA TECH, INC., et al., Defendants. | **NO. C 19-2740 JD** |
| JIN YUN, et al., Plaintiffs, VS. TETRA TECH, INC., et al., DefendantS. | **NO. C 19-2771 JD** |
| RAMIRO CASTRO, et al., Plaintiffs, VS. TETRA TECH, INC., et al., DefendantS. | **NO. C 19-2810 JD** |

**(CAPTION AND APPEARANCES CONTINUED ON NEXT PAGE)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

JINPENG ZHU, et al., Plaintiffs, VS. TETRA TECH, INC., et al., Defendants. — **NO. C 19-3932 JD**

SEAN LARRETT, et al., Plaintiffs, VS. TETRA TECH, INC., et al., Defendants. — **NO. C 19-3941 JD**

JENGJIA CHEN, Plaintiff, VS. TETRA TECH, INC., et al., Defendants. — **NO. C 19-3955 JD**

DUAN STEFANIE YANG, et al., Plaintiffs, VS. TETRA TECH, INC., et al., Defendants. — **NO. C 19-3992 JD**

**(CAPTION AND APPEARANCES CONTINUED ON NEXT PAGE)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO, JUDGE

ANIRVAN RAJA DATTA, )
Plaintiff, )
VS. ) **NO. C 19-5405 JD**
TETRA TECH, INC., et al., )
Defendants. )

THERESA DUNCAN, )
Plaintiff, )
VS. ) **NO. C 19-5408 JD**
TETRA TECH, INC., et al., )
Defendants. )

SAN FRANCISCO SHIPYARD RESIDENTS, )
Plaintiff, )
VS. ) **NO. C 19-6137 JD**
TETRA TECH, INC., et al., )
Defendants. )

**APPEARANCES**:

For Plaintiffs Linda Parker Pennington, et al.:
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, California 94010
**BY: JOSEPH W. COTCHETT, ESQ.**
**ANNE MARIE MURPHY, ESQ.**

**(APPEARANCES CONTINUED ON NEXT PAGE)**

**APPEARANCES (continued):**

For Plaintiffs Bayview Hunters Point Residents:
LAW OFFICES OF BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, California 94965
BY: **CHARLES A. BONNER, ESQ.**

For Plaintiffs San Francisco Shipyard Residents:
BOWLES & VERNA LLP
2121 N. Califiornia Boulevard, Suite 875
Walnut Creek, California 94596
BY: **BRADLEY R. BOWLES, ESQ.**
**JONATHAN W. LEE, ESQ.**

For Plaintiff Jengjia Chen:
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612
BY: **AARON BLUMENTHAL, ESQ.**

For Plaintiffs Kevin Abbey, et al.:
WALKUP, MELODIA, KELLY & SCHOENBERGER A
650 California Street, 26th Floor
SAN FRANCISCO, CALIFORNIA 94108-2615.
BY: **KHALDOUN A. BAGHDADI, ESQ.**
**SARA M. PETERS, ESQ.**

MESSING ADAM & JASMINE LLP
235 Montgomery Street, Suite 828
San Francisco, California 94104
BY: **WENDI J. BERKOWITZ, ESQ.**

For Defendants Tetra Tech, Inc., Tetra Tech EC, Inc., Daniel Batrack, Steven Burdick, and Andrew Bolt:
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
BY: **MEGAN OLIVER THOMPSON, ESQ.**
**DAVINA PUJARI, ESQ.**

For the Lennar Defendants:
O'MELVENY AND MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
BY: **DAVID MARROSO, ESQ.**

**APPEARANCES (continued):**

For the Lennar Defendants:
O'MELVENY AND MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
**BY: GEOFF YOST, ESQ.**

For Defendants FivePoint Holdings, LLC and Emile Haddad:
ALSTON BIRD
333 South Hope Street, 16th Floor
Los Angeles, California 90071
**BY: JEFFREY DINTZER, ESQ.**
**MATTHEW C. WICKERSHAM, ESQ.**

For Defendant Bill Dougherty:
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
**BY: RICHARD MARTIN STEINGARD, ESQ.**

**Thursday - November 21, 2019** **10:49 a.m.**

**P R O C E E D I N G S**

**---000---**

**THE CLERK:** Calling civil actions 18-5330, Pennington, et al. versus Tetra Tech, Inc., et al; 18-5352, Ellington, et, al. versus Tetra Tech, Inc., et al; 18-5771, Lin versus Tetra Tech, Inc.; 19-247, Darden versus Tetra Tech, Inc.; 19-248 JD, Farrell versus Tetra Tech; 19-249, Fried versus Tetra Tech; 19-251, Lupton versus Tetra Tech, Inc.; 19-252, Yegorov versus Tetra Tech, Inc.; 19-667, Bravo versus Tetra Tech, Inc.; 19-1417, Bayview Hunters Point Residents versus Tetra Tech, Inc.; 19-2698, Hershowitz versus Tetra Tech EC Inc.; 19-2740, Kaplan versus Tetra Tech, Inc.; 19-2771, Yun versus Tetra Tech, Inc.; 19-2810, Castro versus Tetra Tech, Inc.; 19-3932, Zhu versus Tetra Tech, Inc.; 19-3941, LaRrett versus Tetra Tech EC Inc.; 19-3955, Chen versus Tetra Tech, Inc.; 19-3992, Yang versus Tetra Tech, Inc.; 19-5405 Datta versus Tetra Tech, Inc.; 19-5408, Duncan versus Tetra Tech EC, Inc.; 19-6137, San Francisco Shipyard Residents versus Tetra Tech, Inc., et al.

Counsel, please state your appearances for the record.

**MR. COTCHETT:** Yes, Your Honor. Joseph Cotchett for the Pennington case.

And with the Court's permission, what I would like the Court to do is to invite up Mr. Khaldoun Baghdadi and Sara

Peters. They just filed a case, Your Honor, for the police officers.

**THE COURT:** Oh, yes.

**MR. COTCHETT:** And they're in the courtroom today. I'm absolutely positive it will be coordinated with this case.

**THE COURT:** Okay. That's fine.

**MR. COTCHETT:** Thank you.

**THE COURT:** The answer is yes, it is going to be related.

**MR. COTCHETT:** Thank you, Your Honor.

**THE COURT:** Okay. Go ahead, plaintiffs.

**MR. BONNER:** Good morning, Your Honor. Charles Bonner appearing on behalf of the Bayview Hunters Point Residents.

**THE COURT:** Residents, okay.

**MR. BONNER:** Yes.

**MR. BOWLES:** Good morning, Your Honor. Brad Bowles on behalf of the Shipyard plaintiffs.

**THE COURT:** Yes.

**MR. BLUMENTHAL:** Good morning, Your Honor. Aaron Blumenthal on behalf of plaintiff Jengjia Chen.

**THE COURT:** All right. Anyone else? No. Okay.

Defendants.

**MS. THOMPSON:** Good morning, Your Honor. Megan Oliver Thompson on behalf of Tetra Tech, Inc., Tetra Tech EC, Inc., Daniel Batrack, Steven Burdick, and Andrew Bolt.

**THE COURT:** Oh, okay. So you're Tetra Tech, basically?

**MS. THOMPSON:** Correct, Your Honor.

**THE COURT:** Good.

**MR. MARROSO:** Good morning, Your Honor. David Marroso, from O'Melveny & Myers, on behalf of Lennar Corporation, HPS1 Blocks 50, 51, 53, and 54, and HPS Development Co., the Lennar defendants.

**THE COURT:** All right.

**MR. DINTZER:** Good morning, Your Honor. Jeffrey Dintzer on behalf of FivePoint Holdings, LLC and Emile Haddad.

**THE COURT:** Good morning.

**MR. STEINGARD:** Good morning, Your Honor. Richard Steingard. I represent Bill Dougherty.

**THE COURT:** Okay.

**MR. STEINGARD:** Thank you.

**MR. BAGHDADI:** Good morning, Your Honor.

**THE COURT:** Ah, yes.

**MR. BAGHDADI:** Sorry. To the extent that you will call on us, I just wanted to make our announcement and our appearance for the record. And I will provide the clerk with our business cards.

Khaldoun Baghdadi, my partner, Sara Peters, and our co-counsel, Wendi Berkowitz, on behalf of the Abbey plaintiffs.

Thank you, sir.

**THE COURT:** All right. One of my favorite days. It's org day.

Who's going to take the lead for the defendants?

You can all sit down.

Ms. Thompson, is that going to be you?

**MS. THOMPSON:** Yes, Your Honor.

**THE COURT:** Come on up.

Who's going to take the lead for the plaintiffs?

Mr. Cotchett.

All right. So I am going to take the San Francisco Police Officers case, Abbey. That will be related. Not consolidated, related.

Let's just talk through how we're going to manage all this.

Now, here's what I have down. So Pennington is the Parcel A homeowners.

**MR. COTCHETT:** Correct, Your Honor.

**THE COURT:** We now have a consolidated complaint. Is that right?

**MR. COTCHETT:** What we did is took all the three homeowners' complaints, put them together to make it easier for the Court.

**THE COURT:** Okay. What I'm going to do is, that's going to be the operative case. I will put this all in the minutes, so you don't have to remember it. But it's going to

be the operative case because it's the lowest numbered one. I'm going to close all the other cases, because they are all now part of the consolidated complaint. All right.

Now, also, you all filed a stipulation a while back -- it's docket number 61 -- to set dates for various deadlines. I'm granting that. So consider that done. I'll sign that and put that out, okay. So all those dates are fine with me.

That also goes for the Bayview Hunters Point Residents cases. Those dates are all fine as well.

**MR. COTCHETT:** Well, if I can just add.

**THE COURT:** Yes.

**MR. COTCHETT:** There's been a little change since, I think, that order on those dates.

**THE COURT:** Oh, okay.

**MR. COTCHETT:** And we may want to discuss it only because we now have the police officers on board. We now have cases joined. There may be some disagreements on dates. Obviously, we haven't agreed upon, and the Court is going to set, as you said in your order, a trial date, et cetera, et cetera.

There's one of the issues that jumps out at us, and that's the fact you also have *qui tam* cases --

**THE COURT:** Yes.

**MR. COTCHETT:** -- in front of you. So we're going to have issues that we'll have to discuss on joint discovery.

**THE COURT:** Oh, we're going to get to that.

**MR. COTCHETT:** Okay.

**THE COURT:** That's coming.

**MR. COTCHETT:** And I just included that in the dates, Your Honor.

**THE COURT:** Do you all want to redo the dates, Ms. Thompson?

**MS. THOMPSON:** In terms of the briefing schedule?

**THE COURT:** I'll tell you this. Let me fill out my plate, then we can all --

**MS. THOMPSON:** Thank you.

**THE COURT:** -- talk.

Now, then, for the False Claims Act cases, I've given the government a final deadline of December to jump in or jump out. I'm not going to give them any more time. I already told them that. Everything is stayed in those cases pending that, all right.

And there are motions to dismiss pending in at least the current False Claims Act cases. Depending on what the government does, I'll be able, in short order, to pick it up at that point.

I would like, and I think, Mr. Cotchett, you were signaling this, I would like to have all of this discovery and pretrial proceedings done at the same time.

**MR. COTCHETT:** It's the only way to proceed, Your

Honor.

**THE COURT:** It's the only way to proceed.

So, Ms. Thompson, I assume you are on board with that as well?

**MS. THOMPSON:** We are in agreement on that.

**THE COURT:** Let's put everything on ice. Let the government come to the show or not, and we'll pick it up after that.

I would like you all to come back on January 30th, 2020. We're going to have an omnibus conference. All the parties will be here. The FCA people, all the plaintiffs here today, and all the defendants here today as well.

In advance of that, you all get together, and include the government, okay, and the FCA claimants. I think there's one -- the Government's only intervened on a couple of things. So there are some private FCA plaintiffs who have not joined forces with the government. Get their lawyers involved too. Come up with some proposals on dates, deadlines.

Really, we're going to treat this as a little mini MDL.

**MR. COTCHETT:** That's what it is, Your Honor.

**THE COURT:** It is. We call it an intradistrict MDL. That's what the judges call them.

(Laughter)

**THE COURT:** And your task is to come up with consolidated briefs, consolidated motions, everything done once

and once only as much as possible.

What I frequently do in larger cases is, for example, antitrust MDL, if all the legal arguments are the same, okay, so they cut across everybody, I only want to hear it once.

I am not going to accept multiple briefs on the same issue. Speak with one voice on each side.

To the extent there are material facts that differ by defendant or by plaintiff, I allow supplemental, not to exceed five pages. No argument, nothing else, just here's why we had this extra fact that is material to the legal claim, okay.

You can do that. That's worked out for me well in my other cases. So keep that in mind. So when you're thinking, you know, we have to fit all this into one motion, you have a safety valve, okay. You can let a little steam off if an individual party has a specific unique-to-that-party fact circumstance that is material and germane to the legal issues, okay. That party can get five extra pages to say, Here's why we're special, okay.

All right? That's not to be abused. I'm not saying you will, but, please, it's safety valve only.

All right. So you all know this case, you're all into it. So you go meet with your colleagues and get together an omnibus plan, and we'll take a look at it on January 30th.

Yes.

**MR. COTCHETT:** You should know, we are before a

mediator, and I think your date of January 30 gives us plenty of time --

**THE COURT:** That's just with the Lennar defendants though; right?

**MR. COTCHETT:** It is, but we're trying to move a little forward on some of the other defendants, Your Honor, and I think we may be successful.

**THE COURT:** Is that right?

**MR. COTCHETT:** I have fabulous people opposing me here, the finest lawyers in the world. I know they would like to resolve this too.

**THE COURT:** How many have accepted that offer? Lennar has. Who else?

**MR. MARROSO:** We've accepted the offer to talk --

(Unreportable simultaneous colloquy.)

**MR. COTCHETT:** I mean that sincerely. And it's an honor to be in this court.

**THE COURT:** It's going to be a complicated case. That's okay, we don't have to go too far right now.

(Laughter)

**THE COURT:** We'll check in at the end and see. Anything else I can help you with today?

**MR. COTCHETT:** No.

**THE COURT:** We're not going to set any dates or anything until I see you all again.

I do want a trial date. I set trial dates early, and they stay set. So pick one. You know, if you want to do bellwethers, and so on, that's fine. I'm not saying no. Just think over whether that's really necessary.

I mean, clearly the FCA trial and the property owners' trial will be different --

**MR. COTCHETT:** Yes.

**THE COURT:** It's not going to be one trial for everyone, but within your category. Multiple trials necessary? Probably not. But I leave it up to you.

**MR. COTCHETT:** So we will see you next on January 30th.

**THE COURT:** Yes. File two weeks before that your plan. Okay. That should be enough time.

**MR. COTCHETT:** Absolutely. More than enough

**THE COURT:** Everything else is on ice.

**MR. COTCHETT:** Yes.

On behalf of all of the plaintiffs we want to wish both and you this fabulous staff you have a wonderful holiday season.

**THE COURT:** On their behalf and mine I say thank you.

(Unreportable simultaneous colloquy.)

**THE COURT:** Yes, come on up.

**MR. DINTZER:** I just want to clarify, are you going to sign the proposed stipulation, or are you going to wait in

favor of --

**THE COURT:** Oh, I think events have now taken -- docket 61 is dead. So that time to move forward -- also, no magistrate judges. I do my own discovery. I don't farm it out, so that's not going to happen.

**MR. DINTZER:** Thank you, Your Honor.

**MR. COTCHETT:** Thank you, Your Honor.

**THE COURT:** Yes, Ms. Thompson.

**MS. THOMPSON:** To be very clear, so everything is on ice including responding to the complaint?

**THE COURT:** Everything is on ice --

**MS. THOMPSON:** Very good.

**THE COURT:** -- until I see you again.

**MS. THOMPSON:** Thank you, Your Honor.

**THE COURT:** No initial disclosures, no motions, no oppositions, nothing.

**MS. THOMPSON:** Okay.

**THE COURT:** Okay?

**MS. THOMPSON:** Yes, thank you, Your Honor.

**THE COURT:** Thank you.

**MS. THOMPSON:** Have a good day.

(Counsel thank the Court.)

(At 11:02 a.m. the proceedings were adjourned.)

\- - - - -

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Tuesday, November 26, 2019

Katherine Sullivan

Katherine Powell Sullivan, CSR #5812, RMR, CRR
U.S. Court Reporter